[No. 23916-1-III.   Division Three.   March 22, 2007.]

ROBERT G. LANGSTON, *Appellant*, v. NORTHWEST ALLOYS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-2-00446-6, Allen Nielson, J., entered February 8, 2005. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kulik, J., and Kato, J. Pro Tem.

[No. 24707-4-III.   Division Three.   March 22, 2007.]

WALTER PATRICK, *Appellant*, v. JOYCE MARLOW ET AL., *Defendants*, STEVE SHIELDS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 03-2-00379-0, Robert N. Hackett, Jr., J., entered November 9, 2005. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 24745-7-III.   Division Three.   March 22, 2007.]

OREON A. JONES, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan County, No. 04-2-01012-2, John E. Bridges, J., entered November 3, 2005. *Reversed* by unpublished opinion per Schultheis, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 24827-5-III.   Division Three.   March 22, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN CHRISTOPHER RAINEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-01646-0, Linda G. Tompkins, J., entered December 1, 2005. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Brown, J.